

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2021

No. 04-21-00505-CV

**IN THE INTEREST OF J.A.D.B.,** a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00164
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this suit affecting the parent-child relationship, the trial court signed a final order on October 13, 2021. A notice of appeal was due on November 2, 2021. *See* TEX. R. APP. P. 26.1(b), 28.1(b); *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005). A motion for extension of time to file the notice of appeal was due on November 17, 2021. *See* TEX. R. APP. P. 26.3.

Appellant filed her notice of appeal on November 12, 2021; this was after the notice of appeal was due but within the period to file a motion for extension of time to file the notice of appeal. Appellant did not file a motion for extension of time.

Nevertheless, we implied a motion for extension of time, *see Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997), and we ordered Appellant to file a motion that reasonably explained the need for an extension. *See* TEX. R. APP. P. 26.3 (citing TEX. R. APP. P. 10.5(b)); *In re E.K.C.*, 486 S.W.3d 614, 616 (Tex. App.—San Antonio 2016, no pet.).

Appellant timely filed a compliant motion as ordered.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

We REINSTATE the appellate timetable. The reporter's record is due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court